PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Henry Cortes**  Docket No. **09-CR 132**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Elizabeth Auson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Henry Cortes**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares** sitting in the Court at 50 Walnut Street, on February 6, 2009, under the following conditions:

A $200,000 unsecured appearance bond co-signed by his wife, Maribel Cortes along with the following conditions:

1. Pretrial Services supervision;
2. The defendant's wife, Maribel Cortes is to serve as third party custodian and the defendant is to reside with her at 87 Skytop Drive, Mahwah, New Jersey unless otherwise approved by Pretrial Services;
3. The defendant is to surrender passport and not re-apply for additional travel documents;
4. Travel is restricted to New Jersey unless otherwise approved by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

### [SEE ATTACHED ADDENDUM]

**PRAYING THAT THE COURT WILL ORDER : Bail modified to include the following conditions: 1) The defendant participate in mental health treatment as deemed appropriate by Pretrial Services; and 2) The defendant participate in drug and alcohol testing and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___17th___ day of ___March___, _09_ and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       March 13, 2009

_____
Elizabeth Auson
U.S. Pretrial Services